**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:** | **CASE NO. 26-11854** |
| **RAY JOSEPH JEFFERSON,** | **CHAPTER 13** |
| **DEBTOR.** | **SECTION A** |

**COVER SHEET – APPRAISAL IN RE: CRAM DOWN**

| Vehicle | Kelley Blue Book Trade-in Value | Kelley Blue Book Private Party Value | Blended Value |
|---|---|---|---|
| 2024 GMC Sierra 1500 Crew Cab | $47,117.00 | $49,907.00 | *Debtor will value property at **$49,662.00** to match valuation used on Schedule A/B, despite blended value of $48,512.00* |

Dated: October 28, 2026

Respectfully Submitted:
**SISK LAW FIRM, LLC**

*/s/ Christopher A. Sisk*
Christopher A. Sisk #34836
3421 N. Causeway Blvd., Suite 503
Metairie, Louisiana 70002
Telephone: (504) 799-9987
Facsimile: (504) 500-3376
Counsel for the Debtor

My Car's Value

# 2024 GMC Sierra 1500 Crew Cab SLT Pickup 4D 5 3/4 ft

3.9 ★ (94 Ratings) Write a Review

VIN: 3GTUUDED9RG123510

**Values** Get Recall Alerts

## Your Offers and Values

**Trade or Sell to Dealer** | Sell It Myself Privately | Sell to Kelley Blue Book

Save This Car | Share This Value

Fastest

Sell or trade your car with an Instant Cash Offer and skip the wait and the guesswork.

With Kelley Blue Book®...

## This Option is One Step Away!

**Get an Offer to Trade or Sell to a Dealer**

Kelley Blue Book Instant Cash Offer

**Continue**

You are not obligated to accept the Instant Cash Offer. Offers are good for seven (7) days, additional inspections required. You will still receive your Trade-In Value and Private Seller Exchange Suggested Listing Price Range, so you can compare and choose the option that's best for you.

## Private Party And Trade-In Ranges

The Private Party Range gives you an estimate if you decide to sell your car directly to another person instead of trading it in. The Trade-In Range gives you an idea of what you can expect to get for your car this week at a dealership.




Important info & Definitions

My Car's Value

# 2024 GMC Sierra 1500 Crew Cab SLT Pickup 4D 5 3/4 ft

3.9 ★ (94 Ratings) Write a Review

VIN: 3GTUUDED9RG123510

**Values** Get Recall Alerts

## Your Offers and Values

Trade or Sell to Dealer | **Sell It Myself Privately** | Sell to Kelley Blue Book

Save This Car Share This Value

Highest

By selling your car yourself, you skip the middleman and pocket the most money.

PRIVATE SELLER Exchange

## Sell It Yourself with Private Seller Exchange

**$47,007**

**Suggested listing price**

Verified buyers get a clean title every time. Verified sellers get secure payment.

Autotrader | Kelley Blue Book

**Sell My Car**

## Private Party And Trade-In Ranges

The Private Party Range gives you an estimate if you decide to sell your car directly to another person instead of trading it in. The Trade-In Range gives you an idea of what you can expect to get for your car this




Important info